UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MOVIEPASS, INC.<br><br>Debtor. | Chapter 7<br><br>Case No. 20-10244 DSJ<br><br>**STATEMENT OF UNCLAIMED DIVIDENDS** |

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 32 | Levi L. Hanggi<br>19230 E 195th Ave<br>Hudson, CO 80642-9019 | $166.80 | $31.41 |
| 44 | Maurice Samuels<br>46600 Ellicott S, Apt. 203<br>Sterling, VA 20165 | $232.00 | $43.68 |
| 58 | Millie Liao<br>11853 Briarwood Ct<br>Loma Linda, CA 92354 | $166.80 | $31.41 |
| 59 | Derek Shiau<br>1308 Bryant St NE A, Apt. 4<br>Washington, DC 20018 | $166.80 | $31.41 |
| 65 | Ken Quigg<br>218 Thompson St., Apt. 18<br>New York, NY 10012 | $75.00 | $14.12 |
| 67 | Melissa Hurlbut<br>1659 Tempest Ct<br>Bozeman, MT 59718 | $119.40 | $22.48 |
| 77 | Jennifer Morris<br>104 Union Ct<br>Byron, GA 31008 | $119.88 | $22.57 |
| 80 | Cable Audit Assoc, dba Symphony Media AI<br>Bruce Lazarus, President, 5775 DTC Blvd, Ste 400<br>Greenwood Village, CO 80111 | $13,879.25 | $2,613.29 |
| 94 | Federal Insurance Company<br>202A Halls Mill Rd<br>Whitehouse Station, NJ 08889 | $3,383.00 | $636.98 |

**TOTAL UNCLAIMED DIVIDENDS:** $ 3,447.35

Dated: November 29, 2022

/s/ Alan Nisselson
Alan Nisselson, Trustee
Trustee
156 West 56th Street
New York, NY  10019
(212) 237-1000              .